**IN THE UNITED STATES DISTRICT COURT**
**FOR EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**
**Case No.: 5:14-cv-00433-F**

| | |
|---|---|
| PRODIGIOUS VENTURES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| YBE HOSPITALITY GROUP, LLC, YBE | ) |
| ENTERPRISE, LLC, YBE OXFORD, LLC | ) |
| and YBE MILLEDGEVILLE, LLC, | ) |
| | ) |
| Defendants, | ) |
| vs. | ) |
| | ) |
| TRAVIS E. KELLEY, | ) |
| | ) |
| Counterclaim Defendant, | ) |
| vs. | ) |
| | ) |
| JAMES BUTLER AND JOHN TYE HILL, | ) |
| | ) |
| Counterclaim Plaintiffs. | ) |

## DECLARATION OF ISAAC A. LINNARTZ

Isaac A. Linnartz states that the following is true and correct:

1. I am an attorney employed by the law firm Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, L.L.P. ("Smith Anderson"). I represent Defendants YBE Hospitality Group, LLC, YBE Enterprise, LLC, YBE Oxford, LLC, and YBE Milledgeville, LLC, and Counterclaim Plaintiffs James Butler and John Tye Hill (collectively, the "YBE Parties") in the above-captioned litigation.

2. I submit this declaration in support of Defendants' and Counterclaim Plaintiffs' request for expenses in connection with their Motion to Compel (D.E. 56). I have personal

knowledge of the facts set out in this declaration because they concern work I performed and billing records that are maintained in the ordinary course of Smith Anderson's business.

3.	I graduated from Duke University School of Law in May 2009 and was admitted to the North Carolina State Bar in August 2009. I joined Smith Anderson in September 2010 after completing a one-year clerkship for Chief Judge David B. Sentelle of the United States Court of Appeals for the District of Columbia Circuit, and have remained employed with Smith Anderson since that time. I was admitted to practice in this Court in November 2010, and have remained in good standing as a member of the bar of this Court since that time.

4.	My hourly billing rate for time worked on this matter is $235 per hour. I believe that this hourly billing rate is commensurate with my experience, reputation, and ability in the practice of law, and is reasonable and customary within the Raleigh community and the larger North Carolina community.

5.	I have reviewed the time records for work performed by Smith Anderson in connection with the YBE Parties' Motion to Compel (D.E. 56). I spent 5.75 hours researching, drafting, and preparing the Motion to Compel and the Memorandum in Support of the YBE Parties' Motion to Compel (D.E. 57). I also spent 3.5 hours reviewing and analyzing Plaintiff's response to the Motion to Compel (D.E. 68) and preparing the Status Report required by the Court. This information is an accurate summary of the actual billing records for this litigation.

6.	The attorneys' fees associated with the work described in the previous paragraph total $2,173.75. I attest that this work was performed for the benefit of the YBE Parties, was reasonable and necessary for this litigation, and does not include any unnecessary or duplicative work. This calculation of attorneys' fees represents only the most narrow interpretation of "fees incurred in making the motion," and does not include (among other things) (i) fees associated with

repeated communications with Plaintiff and Mr. Kelley's counsel in attempts to resolve this dispute before filing the Motion to Compel or (ii) fees associated with additional communications with Plaintiff and Mr. Kelley's counsel about this dispute after filing the Motion to Compel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 18, 2016

ISAAC A. LINNARTZ

3